**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-7092**

———————

UNITED STATES OF AMERICA,

          Plaintiff – Appellee,

    v.

SIM ABA CAMPBELL,

          Defendant – Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. James A Beaty, Jr., Chief District Judge. (1:04-cr-00267-JAB-1)

———————

Submitted: September 28, 2010      Decided: October 6, 2010

———————

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Sim Aba Campbell, Appellant Pro Se. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sim Aba Campbell appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Campbell, No. 1:04-cr-00267-JAB-1 (M.D.N.C. July 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED